**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SB# 310708
  E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS, SB# 350199
  E-Mail: Alexander.Mavrogianis@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

Attorneys for Defendants JOSEPH JORDAN;
HEINRICH CUDDY; CITY OF SAN RAFAEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TUESDAY EMMA HUGHES,<br><br>              Plaintiff,<br><br>       vs.<br><br>JOSEPH JORDAN, HEINRICH CUDDY,<br>CITY OF SAN RAFAEL, and DOES 1-10,<br><br>              Defendants. | Case No. 26-CV-04284 VC<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Trial Date:            None Set |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Civil Local Rules, Rule 3-15, the undersigned counsel of record for Defendants JOSEPH JORDAN; HEINRICH CUDDY; and CITY OF SAN RAFAEL, certify that, as of this date, Defendants are not presently aware of other persons and corporations (including parent corporations) or other entities that presently may have pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Pursuant to Civil Local Rules, Rule 3-15, Defendants will supplement this certification if they become aware of a person or an entity with a pecuniary interest in the outcome of this case during the pendency of the proceeding, as defined by 28 U.S.C. § 455 (d)(1), (3) and (4), respectively.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

180874485.1

Case No. 26-CV-04284 VC

DATED:  July 28, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROBERT M. FERRIER
ALEXANDER M. MAVROGIANIS
Attorneys for Defendants JOSEPH JORDAN;
HEINRICH CUDDY; CITY OF SAN RAFAEL

**FEDERAL COURT PROOF OF SERVICE**
Tuesday Emma Hughes v. Joseph Jordan et al
26-CV-04284 VC

STATE OF CALIFORNIA

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 2485 Natomas Park Drive, Suite 450, Sacramento, CA 95833.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 28, 2026, I served the following document(s):

- DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

***Counsel for Plaintiff***
John Fitzpatrick Vannucci
LAW OFFICES OF
1388 Sutter St., Suite 605
San Francisco, CA  94109
jfv@jfvlaw.com

Glenn Katon
KATON LAW
385 Grand Avenue, Suite 200
Oakland, CA  94610
gkaton@katon.law

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 28, 2026, at Sacramento, California.

_____
Koreen L. Janus

180874485.1        1        Case No. 26-CV-04284 VC
DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW