John Fitzpatrick Vannucci (SBN 174329)
LAW OFFICES OF JOHN F. VANNUCCI
1388 Sutter St., Suite 605
San Francisco, CA 94109
T: (415) 981-7500
F: (415) 981-5700
jfv@jfvlaw.com

Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

ATTORNEYS FOR PLAINTIFF
TUESDAY EMMA HUGHES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TUESDAY EMMA HUGHES<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH JORDAN; HEINRICH CUDDY; CITY OF SAN RAFAEL; and DOES 1-10,<br><br>Defendants. | Case No.  3:26-cv-04284-VC<br><br>**STIPULATED ADMINISTRATIVE MOTION TO EXTEND TIME FOR PLAINTIFF TO MOVE UNDER RULE 12(f) OR FOR DEFENDANTS TO FILE AN AMENDED ANSWER AND [PROPOSED] ORDER** |

The parties file this Stipulated Administrative Motion to Extend Time by 30 days for Plaintiff to Move Under Rule 12(f) or for Defendants to File an Amended Answer, based upon the following:

1.      Defendants filed their Answer and Affirmative Defenses to Plaintiff's Complaint on July 28, 2026.

STIPULATED ADMINISTRATIVE MOTION TO EXTEND TIME TO MOVE UNDER
RULE 12(f) Case 3:26-cv-04284-VC                                                    Page 1

2.    Plaintiff believes that Defendants' Affirmative Defenses are inapplicable and sent Defendants a meet-and-confer letter on August 13, 2026.

3.    Lead counsel for Defendants is considering the issues raised in the letter but has informed Plaintiff's counsel that he has a trial beginning Monday, August 17, 2026. He has asked counsel for Plaintiff for a meeting to discuss those issues on Friday, August 21, 2026.

4.    Counsel for Plaintiff are amenable to defense counsel's request, but the deadline for Plaintiff to move to strike affirmative defenses is August 18, 2026, pursuant to Rule 12(f).

5.    The only other time modification in the case was Plaintiff's agreement to an extension of time for Defendants to Answer the Complaint.

6.    The requested 30-day time modification will have no effect on the schedule in the case and Plaintiff expects there will be no need to file a motion to strike affirmative defenses and that Defendants will file an Amended Answer.

7.    Granting this motion will likely save the parties the need to submit briefing under Rule 12(f) and or a Motion to Amend the Answer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2026.

/s/ Glenn Katon
Glenn Katon

Respectfully submitted,

| | |
|---|---|
| KATON.LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Glenn Katon<br>Glenn Katon | /s/Robert Ferrier<br>Robert Ferrier |
| LAW OFFICES OF JOHN F. VANNUCCI<br>John Fitzpatrick Vannucci | ATTORNEYS FOR DEFENDANTS JOSEPH JORDAN, HEINRICH CUDDY, and CITY OF SAN RAFAEL |
| ATTORNEYS FOR PLAINTIFF<br>TUESDAY EMMA HUGHES | |

## ORDER

The parties stipulated motion is GRANTED and the deadline for Plaintiff to move under Rule 12(f) or for Defendants to File an Amended Answer is extended to September 17, 2026.

IT IS SO ORDERED on August ___, 2026.

_____
Hon. Vince Chhabria
United States District Judge